# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-01-00006-CR

**Terence Martin, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 368TH JUDICIAL DISTRICT NO. 99-538-K368, HONORABLE BURT CARNES, JUDGE PRESIDING

**PER CURIAM**

Appellant's motion to dismiss this appeal is granted. *See* Tex. R. App. P. 42.2(a). The appeal is dismissed.

Before Justices Kidd, B. A. Smith and Puryear

Dismissed on Appellant's Motion

Filed: June 20, 2001

Do Not Publish